JS-6

**FILED: 9/14/12**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| APRIL MURRAY,<br><br>          Plaintiff,<br>     vs.<br><br>DENNIS SCOTT CARRUTHERS d/b/a/<br>LAW OFFICES OF SCOTT<br>CARRUTHERS,<br><br>          Defendant. | Case No.: **2:11-cv-06350-GHK (PJWx)**<br><br>[~~PROPOSED~~] **ORDER OF<br>DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  9/14/12

_____
The Honorable Judge
United States District Judge

---

1

[Proposed] Order